**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    **12 CR 31(VM)**
        -against-                  :    **ORDER**
                                   :
FELIPE ACEVEDO,                    :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A conference regarding defendant Felipe Acevedo's alleged violations of supervised release is scheduled in this matter for August 5, 2021 at 12:00 p.m. In light of the ongoing public health emergency, the conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       3 August 2021

Victor Marrero
U.S.D.J.