**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

UNITED STATES OF AMERICA,

    - v. -

FELIPE ACEVEDO,

        Defendant.

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

A conference regarding defendant Felipe Acevedo's alleged violations of supervised release is scheduled in this matter for October 7, 2021, at 12:00 p.m. In light of the ongoing public health emergency, the conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
          October 6, 2021

_____
Victor Marrero
U.S.D.J.