```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :       12 CR 31(VM)
        -against-                 :         ORDER
                                  :
FELIPE ACEVEDO,                   :
                                  :
              Defendants.         :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/21

**VICTOR MARRERO, U.S.D.J.:**

A conference regarding defendant Felipe Acevedo's alleged violations of supervised release is scheduled in this matter for Thursday, October 21, 2021, at 12:00 p.m. In light of the ongoing public health emergency, the conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         October 20, 2021

_____
Victor Marrero
U.S.D.J.