**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

FELIPE ACEVEDO,

               Defendant.

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a proceeding to address certain issues, brought to the Court's attention by a request for a summons from the Probation Department, for July 28, 2023 at 1:00 p.m.

**SO ORDERED.**

Dated:    26 June 2023
             New York, New York

                                        _____
                                            Victor Marrero
                                                U.S.D.J.