```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  - against -<br><br>FELIPE ACEVEDO,<br><br>      Defendant. | **12 Cr. 31 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

  The status conference currently scheduled for September 22, 2023, at 2 p.m. is hereby adjourned to October 13, 2023, at 9:30 a.m.

**SO ORDERED.**

Dated:  15 September 2023
      New York, New York

                   _____
                   Victor Marrero
                   U.S.D.J.