USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

FELIPE ACEVEDO,

                Defendant.

**12 Cr. 31 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Upon consent of the parties, the proceedings in this matter currently scheduled for Friday, October 13, 2023 at 9:30 a.m. are hereby adjourned to November 3, 2023 at 9:30 a.m.

**SO ORDERED.**

Dated:    11 October 2023
            New York, New York

                                            _____
                                                  Victor Marrero
                                                    U.S.D.J.