

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2024

**By Email**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Felipe Acevedo,* 12 Cr. 31 (VM)

Dear Judge Marrero:

    The parties write jointly with respect to the status conference scheduled in the above captioned matter for Friday, January 5, 2024, at 11:00 a.m. The Government and defense counsel have been discussing the appropriate resolution of new criminal charges brought by Complaint on October 6, 2023. Those discussions, in turn, are likely to bear on the resolution of the Amended Violation Report. Therefore, the parties jointly request that the Court adjourn the conference presently scheduled for Friday, January 5, 2024, for approximately four weeks, by which time the parties will have additional clarity regarding a potential resolution of the new charges.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    William K. Stone
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2521
    william.stone2@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024



Request **GRANTED.**
The above-referenced status conference is hereby adjourned to February 23, 2024 at 2:00 PM.

**SO ORDERED.**
1/2/2024
DATE — VICTOR MARRERO, U.S.D.J.