```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

FELIPE ACEVEDO,

               Defendant.

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 4, 2024, Defendant and his attorney Sanford Talkin ("Talkin") requested that the Court relieve Talkin as defense counsel and that the Court appoint Peter Quijano ("Quijano") to represent the Defendant. (See Dkt. No. 1867.) On February 20, 2024, Mr. Quijano and his colleague Anna Sideris ("Sideris") requested that the Court appoint them as attorneys for Defendant pursuant to the Criminal Justice Act. (See Dkt. No. 1871.) The requests are hereby **GRANTED**. Talkin is hereby relieved as counsel, and Quijano and Sideris are hereby ordered to assume representation of Defendant in this matter, nunc pro tunc to January 3, 2024.

Further, the parties jointly request that the status conference presently scheduled for February 23, 2024 be adjourned. (See id.) Accordingly, the Court hereby **ADJOURNS** the status conference presently scheduled for February 23, 2024 to April 26, 2024 at 10 AM.

The Clerk of Court is respectfully directed to terminate any pending motions at Docket Nos. 1867 and 1871.

**SO ORDERED.**

Dated:     21 February 2024
           New York, New York

Victor Marrero
U.S.D.J.