

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/24
```

**By Email**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Felipe Acevedo*, 12 Cr. 31 (VM)

Dear Judge Marrero:

The parties write jointly with respect to the status conference scheduled in the above captioned matter for Friday, April 26, 2024, at 10:00 a.m. The Government and defense counsel have been discussing the appropriate resolution of new criminal charges brought by Complaint on October 6, 2023. Those discussions, in turn, are likely to bear on the resolution of the Amended Violation Report. Therefore, the parties jointly request that the Court adjourn the conference presently scheduled for Friday, April 26, 2024, for approximately eight weeks, by which time the parties will have additional clarity regarding a potential resolution of the new charges.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
William K. Stone
Assistant United States Attorney
Southern District of New York
(212) 637-2521
william.stone2@usdoj.gov



Request GRANTED.
The above-referenced conference is hereby adjourned to June 28, 2024, at 2:00 PM.

SO ORDERED.

4/23/2024
DATE

VICTOR MARRERO, U.S.D.J.