USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

        - against -

FELIPE ACEVEDO,

              Defendant.

**12 Cr. 31   (VM)**
**24 Cr. 267 (VM)**

<u>**ORDER**</u>

---

**VICTOR MARRERO, United States District Judge.**

The status conference currently scheduled in No. 12 Cr. 31 for June 28, 2024 is hereby canceled.

A sentencing proceeding is hereby scheduled in both No. 12 Cr. 31 and No. 24 Cr. 267 for September 13, 2024 at 11:00 AM.

**SO ORDERED.**

Dated:    4 June 2024
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.