```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

FELIPE ACEVEDO,

                Defendant.

**12 Cr. 31 (VM)**
**24 Cr. 267 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge**.

    The Court hereby reschedules Friday's sentencing currently scheduled for October 11, at 4:00 PM to October 11, at 2:00 PM.

**SO ORDERED.**

Dated:    8 October 2024
            New York, New York

                                      _____
                                        Victor Marrero
                                          U.S.D.J.